UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number: 10-14358-CIV-MARTINEZ-LYNCH

BOBBY GLENN WASHINGTON,

    Plaintiff,

vs.

LELAND ENTERPRISES, et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE came before the Court upon Plaintiff's application to proceed *in forma pauperis* (D.E. No. 3) and *sua sponte* upon a review of Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2). After careful consideration of Plaintiff's complaint, this Court finds that it lacks subject matter jurisdiction over this case.

The Court must dismiss *in forma pauperis* proceedings if they are frivolous. 28 U.S.C. § 1915(e)(2). A frivolous claim is one that is "without arguable merit either in law or fact." *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001) (citing *Battle v. Central State Hospital*, 898 F.2d 126, 129 (11th Cir. 1990)). A case is also frivolous "when it appears the plaintiff 'has little or no chance of success.'" *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) (quoting *Harris v. Menendez*, 817 F.2d 737, 740 (11th Cir. 1987)). In this case, however, Plaintiff has not provided adequate information to grant his petition to proceed *in forma pauperis*, because he indicated that he receives disability or worker's compensation payments but he did not indicate how much he received. This case is nevertheless due to be dismissed because of a lack of subject matter

jurisdiction.

"[I]t is well settled that a federal court is obligated to inquire into subject matter jurisdiction sua sponte whenever it may be lacking." *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F. 3d 405, 410 (11th Cir. 1999).  It is also well settled that federal courts are courts of limited jurisdiction and may only consider certain cases as proscribed in statutes by Congress. *Morrison v. Allstate Indemnity Co.*, 228 F.3d 1255, 1260-61 (11th Cir.2000). Federal courts specifically only have jurisdiction over cases arising under a federal law, the Constitution, or a United States treaty and over cases where the parties have complete diversity of citizenship, and there is a sufficient amount in controversy.  18 U.S.C. §§ 1331, 1332.

Here, Plaintiff has filed suit for "conspiracy, murder, murder for releasing radon gas; toxix dangerious chemical gases . . . addendum to rental/agreement for rental concession . . . and an injunction must issue out forth to stop Mr. Washington from having to pay light bills especially for December & January on 2010, 2011." (D.E. No. 1) (spelling and punctuation in original).  Plaintiff has included the bare assertions that this case is brought under 42 U.S.C. § 1983 and that this case is a "class action lawsuit for discrimination," but he has not alleged any actions by state actors or any acts of discrimination.  Plaintiff's complaint is confusing and at some points unintelligible; however, it appears that Plaintiff is attempting to state a claim against his apartment complex and its manager for damage to the premises and wrongful utility charges.[1] This Court does not have subject matter jurisdiction over these claims, which are at best state law

---

[1] Plaintiff asserts "mold & mildew growth is a chemical agent, that effects everything around it . . .  Trees and trees & roots love to feed on it like trees & tree roots feed on it like vitim A & B.  The tree roots wrap around the bath room releasing sewage pipes creating sewage into the air, and sewage makes the body act unconditional."  (D.E. No. 1) (spelling and punctuation in original).

claims.  Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff's application to proceed *in forma pauperis* (D.E. No. 3) is DENIED.

2. Plaintiff's Complaint is dismissed for lack of subject matter jurisdiction.

3. This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of January, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record
Bobby Glenn Washington, *pro se*